United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Adriana Oliva, Plaintiff ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 19-21112-Civ-Scola |
| Best Medical Center, Inc. d/b/a ) | |
| Juventus Cosmetic Surgery, ) | |
| Defendants. ) | |

## Order of Dismissal

The parties have dismissed this case with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 15.) The Court directs the Clerk to **close** this case. All pending motions, if any, are **denied** as moot.

**Done and ordered** at Miami, Florida, on July 10, 2019.

_____
Robert N. Scola, Jr.
United States District Judge